# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES ASHFORD                                                                            PLAINTIFF
ADC #133975

v.                                      5:17CV00235-JM

DOES, Tucker Max Employees                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 7th day of November, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE